| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 6 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FRANCISCO ESPINOZA,

        Petitioner,

 v.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

No. 25-3477

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    Francisco Espinoza has filed a 28 U.S.C. § 2254 habeas petition that challenges Espinoza's Kern County Superior Court conviction and sentence in Case No. BF102502A.

    When a habeas petition is filed in the court of appeals, "the application must be transferred to the appropriate district court." Fed. R. App. P. 22(a); *see* 28 U.S.C. §§ 1631, 2241(b). The clerk will transfer the petition at Docket Entry No. 1 to the United States District Court for the Eastern District of California, for whatever consideration that court deems appropriate.

    The petition is deemed filed on May 27, 2025, the date it was delivered to prison authorities for forwarding to this court. *See* Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 270 (1988).

This transfer order is issued without regard to whether petitioner's claims have any merit or satisfy the procedural requirements of 28 U.S.C. §§ 2244(d) and 2254.

The clerk will include a copy of this order with the transferred petition.

Upon transfer of the petition, the clerk will close this original action.

**PETITION TRANSFERRED** to the district court.